| C & C CLASSIC HOMES, INC. | NO. 24-CA-244 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| JANET MARIE STEWART, INDIVIDUALLY AND AS TUTRIX OF SARI COLLIER | COURT OF APPEAL |
| | STATE OF LOUISIANA |

January 27, 2025

Linda Wiseman

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Fredericka Homberg Wicker,
John J. Molaison, Jr., and Scott U. Schlegel

## REHEARING DENIED

**FHW**
**JJM**
**SUS**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY <u>01/27/2025</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-CA-244**

### E-NOTIFIED

2nd Parish Court (Clerk)
Honorable Sharlayne Jackson Prevost (District Judge)
Irl R. Silverstein (Appellant)                    Shermin S. Khan (Appellee)

### MAILED